PATRICK CONROY, PLAINTIFF-PETITIONER, v. NICHOLAS PURCARO, DEFENDANT-RESPONDENT.

*Messrs. Baker, Garber & Chasin* for the petitioner.

*Messrs. Egan, O'Donnell, Hanley & Clifford* for the respondent.

October 14, 1963.   Granted.

HERMAN HAWKSFORD, PETITIONER-RESPONDENT, v. STEINBACHER PACKING CO., RESPONDENT-PETITIONER.

See same case below: 80 *N. J. Super.* 129.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Jacob, Alfred & Richard Levenson,* for the respondent.

October 14, 1963.   Denied.